```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| RENEE LYNN STRICKLAND, | : | CIVIL ACTION NO. 06-1947 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : | |
| AT&T CORPORATION, | : | |
| Defendant. | : | |

**THE COURT** having ordered the parties to show cause why the Court should not (1) dismiss the claim brought under the Americans with Disabilities Act with prejudice, and (2) decline supplemental jurisdiction over the claim brought under the New Jersey Law Against Discrimination, and dismiss it without prejudice to reinstate in state court (dkt. entry no. 3); and the plaintiff, in response, withdrawing the action without prejudice (dkt. entry no. 4); and thus the Court intending to (1) vacate the order to show cause, and (2) dismiss the complaint without prejudice; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                                                                 s/ Mary L. Cooper
                                                                                **MARY L. COOPER**
                                                                                United States District Judge